**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| Chris Register, | Case No. 1:08-cv-04842-JBS-AMD |
| Plaintiff, | |
| v. | |
| Professional Recovery Services, Inc., | **NOTICE OF DISMISSAL WITH PREJUDICE** |
| Defendant. | |

Now comes Plaintiff, by and through counsel, and hereby dismisses the present action pursuant to Fed. R. 41(a)(1)(A)(i), with prejudice. This notice is being filed before Defendant has served an answer and therefore is appropriate for dismissal absent stipulation by all parties.

RESPECTFULLY SUBMITTED,

Macey & Aleman, P.C.

By: */s/ Alana Carrion*
    Alana Carrion (NJ # 015172006)
    17 Academy Street, Suite 615
    Newark, NJ 07102
    Telephone: 866-339-1156
    Email: axc@legalhelpers.com
    *Attorney for Plaintiff*

1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. The following party was served through U.S. Mail.

Professional Recovery Services, Inc.
221 Laurel Road
Suite 350
Voorhees, NJ 08043

*/s/ Alana M. Carrion*